HUNTER, Appellant, vs. MAJERUS, Respondent.

For the appellant: *Mistele & Smith* of Jefferson, attorneys, and *R. P. Roedell* of Dubuque, Iowa, of counsel.

For the respondent: *Smith & Kelley* of Fort Atkinson, attorneys, and *Arthur Wickham* of Milwaukee of counsel.

*By the Court.*—Judgment affirmed.